ELVA SWALWELL, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

In the Matter of the Estate of LORETTA RAYMOND, Deceased. ESAMODE EMERSON, as Administratrix of the Estate of LORETTA RAYMOND, Deceased, Respondent; JOHN E. CLINE, Appellant.— Decree affirmed, with costs. All concur. (Appeal from a decree directing the payment by the banks of the amount in two savings accounts to the estate of decedent.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

ROSALIE A. LUONGO, an Infant, by ROSE LUONGO, Her Guardian ad Litem, Appellant, v. CITY OF GENEVA, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing plaintiff's complaint in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 1043.]

ANTHONY TARAVELLA, as Administrator of the Estate of ROSALIA TARAVELLA, Deceased, Appellant, v. LOUIS BOZZETTE et al., Respondents.— Judgments affirmed, without costs of this appeal to any party. All concur. (Appeal from two judgments in a negligence action, (1) dismissing the complaint on the merits as to defendant Louis Bozzette on motion made at close of plaintiff's case; and (2) dismissing the complaint on the merits as to defendant Frank Bozzette on a verdict of no cause of action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JOHN TEMPERATO, as Administrator of the Estate of CARMEN TEMPERATO, Deceased, Appellant, v. LOUIS BOZZETTE et al., Respondents.— Judgments affirmed, without costs of this appeal to any party. All concur. (Appeal from two judgments in a negligence action, (1) dismissing the complaint on the merits as to defendant Louis Bozzette on motion made at close of plaintiff's case; and (2) dismissing the complaint on the merits as to defendant Frank Bozzette on a verdict of no cause of action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JANET F. LEWIS, Appellant, v. BAPTIST TEMPLE, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in a negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

DONALD M. LEWIS, Appellant, v. BAPTIST TEMPLE, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in a negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.